HARRY P. JONES, Appellant, *v.* NELLIE C. JONES. Respondent.

Argued May 17, 1937; decided June 1, 1937.

*Ransom H. Gillett* for appellant.

*Harry W. Williams* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.